# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE BELL, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-5967 |
| | : | |
| PENNSBURY SCHOOL DISTRICT | : | |
| and GARY M. CAMPBELL, | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 31st day of January, 2011, upon careful consideration of the defendants' motion for summary judgment (Document No. 7), the plaintiff's response thereto (Document No. 9), it is hereby ORDERED that the motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.